**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

NANCY TAYLOR, on behalf of herself and all
others similarly situated,

        Case No.: 20-CV-60709-RAR

    Plaintiff,

    v.        **CLASS ACTION**
        **JURY TRIAL DEMANDED**

SERVICE CORPORATION
INTERNATIONAL, et al.,

    Defendants.

**UNOPPOSED MOTION FOR PRELIMINARY**
**APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiff Nancy Taylor ("Plaintiff"), individually and on behalf of the proposed Settlement Classes,[1] pursuant to Federal Rule of Civil Procedure 23, moves this Court to enter an order ("Preliminary Approval Order")[2] preliminarily approving a proposed class action settlement ("Settlement"), as set forth in the Parties' Settlement Agreement, attached hereto as Exhibit A. Defendants SCI Direct, Inc. and Neptune Society Management Corporation do not oppose this Motion seeking the Preliminary Approval Order for Settlement Purposes only.

Plaintiff requests that the Court enter a Preliminary Approval Order that is without material alteration from Exhibit 1 to the Parties' Settlement Agreement. In primary part, the proposed Order:

(1)    Preliminarily approves the proposed Settlement, as set forth in the Parties'

---

[1] This Motion also seeks to add two additional Parties—proposed Plaintiff Hazel Benjamin and proposed Defendant NCS Marketing Services, LLC d/b/a/ National Cremation Society—in order to effectuate a global settlement.

[2] Except where otherwise indicated, all capitalized terms in this Motion shall have the meaning set forth in the Parties' proposed Settlement Agreement attached hereto as Exhibit A.

1

        Settlement Agreement (including all exhibits);

(2)    Grants Plaintiff leave to file a Third Amended Complaint to add two additional Parties—proposed Plaintiff Hazel Benjamin and proposed Defendant NCS Marketing Services, LLC d/b/a/ National Cremation Society ("NCS")—and claims related to NCS in order to help effectuate a global settlement;

(3)    Preliminarily certifies, for settlement purposes only, the following Settlement Classes:

> All persons who, between April 1, 2016 and the present, purchased a Preneed Funeral Agreement and a Retail Merchandise Agreement from Neptune or NCS ("Preneed and Retail Merchandise Plan"), within the State of Florida, excluding all Preneed and Retail Merchandise Plans for which the contracted for cremation services have been performed, and all irrevocable preneed contracts.
>
> AND
>
> All persons who, between April 1, 2016 and the present, purchased a TRPP from Neptune or NCS, within the State of Florida, excluding all TRPPs where the beneficiary has already been cremated or buried.
>
> Excluded from these classes are Defendants, its affiliates, subsidiaries, agents, board members, directors, officers, and employees. Also excluded from the class are the district judge and magistrate judge assigned to this case, their staff, and their immediate family members.

(4)    Approves Taylor and Benjamin as representatives of the proposed Settlement Classes, and Class Counsel as counsel for the proposed Settlement Classes;

(5)    Finds that the proposed Settlement is sufficiently fair, adequate, and reasonable to the Settlement Classes, and within the reasonable range of possible final approval to warrant providing notice to the Settlement Classes;

(6)    Appoints a Settlement Administrator, as agreed in the Settlement Agreement, who will be approved for purposes of providing notice, administering requests for exclusion ("Opt-Out Requests") and other communications with Settlement Class Members, and otherwise

2

administering the proposed Settlement pursuant to the Settlement Agreement and the Order(s) of the Court;

(7)     Authorizes the Parties and their representatives to share with the Settlement Administrator and opposing counsel confidential and privacy-protected business and personal information in connection with administration of this Settlement, provided that such information shall remain confidential and private, and shall not be disclosed to any other person absent express authorization from the Court;

(8)     Approves the Notice Program outlined in the Settlement Agreement and finds that it constitutes the best notice practicable under the circumstance, provides due and sufficient notice to the Settlement Classes, and fully satisfies the requirements of Due Process and Federal Rule of Civil Procedure 23;

(9)     Approves the Individual Notice as the Settlement Website Notice to be made available on the Settlement Website that is without material alteration from Exhibit 2 to the Settlement Agreement, and directs that notice be made available to potential Settlement Class Members as set forth in the Settlement Agreement;

(10)    Approves the Claim Form that is without material alteration from Exhibit 3 to the Settlement Agreement and that said Claim Form be included with the Individual Notice provided to Settlement Class Members as set forth in the Settlement Agreement;

(11)    Approves the Settlement Website that will be a publicly available website containing a copy of the Individual Notice, Settlement Agreement, Claim Form, the potential Preliminary Approval Order, and such other supporting documents as set forth in the Settlement Agreement;

(12)    Sets appropriate deadlines for the submission of Settlement Claim Forms and Opt-Out Requests, as well as the filing of objections and intervention motions, as set forth in the

Settlement Agreement;

(13)   Bars and preliminarily enjoins all Settlement Class Members, directly, on a representative basis, or in any other capacity, from commencing, prosecuting, intervening in, or participating as a plaintiff or class member in any action, arbitration, or proceeding in any court, arbitration forum, or tribunal asserting any of the Released Claims against any of the Released Parties while a determination as to final approval of the Settlement is pending;

(14)   Stays all proceedings in this case, except those related to effectuation of the Settlement, while a determination as to final approval of the Settlement is pending;

(15)   Provides that no discovery (except for reasonable confirmatory discovery requested by Class Counsel) with regard to the Settlement Agreement or the proposed Settlement and its administration shall be permitted by any Settlement Class Member or any other Person, other than as may be directed by the Court upon a proper showing seeking such discovery by motion properly filed with this Court, noticed and served in accordance with the governing rules of procedure;

(16)   Requires that all discovery provided by any party to the Litigation, including confirmatory discovery, be kept strictly confidential, except as specifically agreed by the Parties to support the Settlement or as otherwise ordered by the Court; and

(17)   Schedules a Final Approval Hearing to consider the fairness, reasonableness, and adequacy of the proposed Settlement and whether it should be finally approved by the Court, which shall be scheduled no earlier than thirty (30) days after the Opt-Out Deadline, and provides that this hearing may, from time to time without further notice to the Settlement Classes, be continued or adjourned by order of the Court.

The Parties may make further submissions in support of preliminary approval prior to a preliminary approval hearing (if any), and Plaintiff is filing a separate unopposed memorandum of law in support of this Motion.

Dated: September 7, 2022						Respectfully submitted,

								*/s/ Randall P. Ewing*

								Randall P. Ewing, Jr.
								Fla. Bar No. 76879
								Chad E. Bell
								KOREIN TILLERY LLC
								205 North Michigan Plaza, Suite 1950
								Chicago, IL 60601
								Phone: (312) 641-9750
								Fax: (312) 641-9751
								gzelcs@koreintillery.com
								rewing@koreintillery.com
								cbell@koreintillery.com

								Alec H. Schultz
								HILGERS GRABEN PLLC
								1221 Brickell Avenue, Suite 900
								Miami, Florida 33131
								Telephone: 305.630.8304
								Email: aschultz@hilgersgraben.com

								Stephen M. Tillery
								Carol L. O'Keefe
								KOREIN TILLERY LLC
								505 North 7th Street, Suite 3600
								St. Louis, MO 63101
								Phone: (314) 241-4844
								stillery@koreintillery.com
								cokeefe@koreintillery.com

								*Counsel for Plaintiff Nancy Taylor*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing document was served on all counsel of record who have made an appearance in this matter, through CM/ECF Notice of Electronic Filing on September 7, 2022.

*/s/ Alec. H. Schultz*
Alec H. Schultz
